JOHN L. BURRIS ESQ., SBN 69888
BEN NISENBAUM ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

DALE L. ALLEN JR., SBN 145279
Allen, Glaessner, Hazelwood and Werth
180 Montgomery Street, Suite1200
San Francisco, CA 94104
Phone: (415) 697-3456
Facsimile: 415-813-2045

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OLVERA SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MANTECA, a municipal corporation; BEN CROMWELL, individually and in his capacity as an officer for the MANTECA Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br>                          Defendants. | CASE NO.: 2:15-cv-00897-TLN-DAD<br><br>**STIPULATION AND ORDER FOR LEAVE TO RESET THE DATES FOR DISCOVERY CUT-OFF AND EXPERT DISCLOSURE** |

Plaintiff, through attorneys of record, JAMES COOK and BEN NISENBAUM, Law Offices of John Burris; and Defendants, CITY OF MANTECA, et al., by and through attorneys of record DALE ALLEN and KEVIN ALLEN of Allen, Glaessner, Hazelwood & Werth, represent to the Court as follows:

1

1. The parties respectfully request that the Court vacate the existing Discovery Cut-Off date of May 6, 2016 and reset the date for July 14, 2016.

2. The parties respectfully request that the Court vacate the existing Expert Disclosure Due date set for July 7, 2016 and reset the date for August 8, 2016.

3. The parties respectfully request that the Court set the deadline to complete Rebuttal Expert Disclosure to August 22, 2016.

4. The parties respectfully request that the Court set the deadline to complete Expert Discovery to September 23, 2016.

5. The parties respectfully request the Court Order this Stipulation.

Dated:  April 4, 2016                    **THE LAW OFFICES OF JOHN L. BURRIS**

/s/*James Cook*
James Cook
Attorney for Plaintiff

Dated:  April 4, 2016                    **ALLEN, GLAESSNER, HAZELWOOD & WERTH**

/s/*Dale Allen Jr.*
Dale Allen Jr.
Attorney for Defendants

## ORDER

Good cause appearing the Stipulation is SO ORDERED.

Dated: April 4, 2016

Troy L. Nunley
United States District Judge

2