DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
CITY OF MANTECA and BEN CROMWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ROBERT OLVERA SR., an individual, | Case No.: 2:15-cv-00897-TLN-DB |
| Plaintiff, | **PARTIES' STIPULATION AND ORDER TO STAY PROCEEDINGS** |
| v. | Hon. Troy L. Nunley |
| CITY OF MANTECA, a municipal corporation; BEN CROMWELL, individually and in his capacity as an officer for the MANTECA Police Department; and DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |

TO THE HONORABLE COURT:

Defendants CITY OF MANTECA and OFFICER BEN CROMWELL ("Defendants") and Plaintiff ROBERT OLVERA SR., ("Plaintiff") (collectively, the "Parties") HEREBY STIPULATE to request that the Court stay the proceedings in the above-captioned matter pending the determination of the criminal claims against Plaintiff.

///

///

///

///

The Parties enter into this stipulation agreeing that they will not conduct any discovery or any other litigation, in this matter during the pendency of the stay.

Respectfully submitted,

Dated:  March 2, 2017        **ALLEN, GLAESSNER,**
                             **HAZELWOOD & WERTH, LLP**

By:  */s/ Philip J. Downs, Jr.*
    DALE L. ALLEN, JR.
    KEVIN P. ALLEN
    PHILIP J. DOWNS, JR.
    Attorneys for Defendants
    CITY OF MANTECA and BEN CROMWELL

Dated:  March 2, 2017        **LAW OFFICES OF JOHN L. BURRIS**

By:  */s/ Ben Nisenbaum*
    JOHN L. BURRIS
    BEN NISENBAUM
    JAMES COOK
    Attorneys for Plaintiff
    ROBERT OLVERA SR.

**<u>ORDER</u>**

The Parties STIPIULATION to REQUEST the Court to enter a STAY OF ALL PROCEEDINGS in this matter is GRANTED.

DATE: March 3, 2017

_____
Troy L. Nunley
United States District Judge