15cJOHN L. BURRIS ESQ., SBN 69888
BEN NISENBAUM ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OLVERA SR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MANTECA, a municipal corporation; BEN CROMWELL, individually and in his capacity as an officer for the MANTECA Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>Defendants. | CASE NO.: 2:15-cv-00897-TLN-DB<br><br>[**PROPOSED**] ORDER SETTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ALLISON CLAIRE<br><br>Trial Date: |

IT IS HEREBY ORDERED as follows:

1. Pursuant to Stipulation between the parties, this matter is referred to Magistrate Judge Allison Claire for purposes of conducting a settlement conference on June 28, 2018 at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED:** May 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE